LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Fax:  (530) 894-8244

Attorneys for Plaintiff

LESLYN SYREN, SBN 206119
RUSHFORD & BONOTTO
2277 FAIR OAKS BLVD., SUITE 495
SACRAMENTO, CA 95825
Telephone:  (916) 565-0590
Fax:  (916) 565-0599

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>IHOP CORP.; P & V INTERNATIONAL, INC. DBA IHOP #1705; JOE MASSOLO & SONS TRUCKING CO., et al.,<br><br>    Defendants. | Case No. CIV.S.04-0631 MCE CMK<br><br>**ORDER FOR DISMISSAL** |

### ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S.04-0631 MCE CMK, is hereby dismissed with prejudice.

Dated: April 18, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE